DANIEL BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEITRICH CHILES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-231 LKK |
|---|---|
| Plaintiff, | ) |
| | ) ORDER RE WAIVER OF |
| v. | ) DEFENDANT'S PRESENCE |
| DEITRICH CHILES, | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, DETRICH CHILES, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.   Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial

1  any day and hour the Court may fix in his absence.
2      Defendant further acknowledges that he has been informed of his rights under Title
3  18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and
4  delays under that Act without defendant being present.
5  Dated: May 2, 2011
6                                                  /s/ Dietrich Chiles
                                                   DIETRICH CHILES

8      I agree with and consent to my client's waiver of appearance.

10  Dated:   April 26, 2011                                /s/ Courney Fein
                                                           COURTNEY FEIN
                                                           Designated Counsel for Service
11                                                         Attorney for Defendant
                                                           DIETRICH CHILES

14  IT IS SO ORDERED.
15  Dated: May 2, 2011
16                                                         _____
                                                           LAWRENCE K. KARLTON
17                                                         SENIOR JUDGE
                                                           UNITED STATES DISTRICT COURT